**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Leanne E. Barbat, SBN 231250
KIMBALL, TIREY & ST. JOHN LLP
1202 Kettner Boulevard, 3rd Floor
San Diego, CA 92101
Telephone: (619) 231-1422
Facsimile: (619) 234-7692
Attorneys for Movants

Order Entered on
November 24, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.

ARIES Associates, Inc.,

Debtor.

BANKRUPTCY NO. 10-04338-PB7
Date of Hearing: 11/22/2010
Time of Hearing: 10:30am
Name of Judge: Bowie

## ORDER ON STIPULATION RESOLVING MOTION TO COMPEL TRUSTEE TO ABANDON PERSONAL PROPERTY AND RESERVATION OF RIGHTS

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 87

//
//
//
//
//

DATED:

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

November 24, 2010

Judge, United States Bankruptcy Court

Submitted by:

Kimball, Tirey & St. John
(Firm name)

By: /s/ Leanne E. Barbat
Attorney for ☒ Movants ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] (Page 2)
ORDER ON STIPULATION RESOLVING MOTION TO COMPEL TRUSTEE TO ABANDON
PERSONAL PROPERTY AND RESERVATION OF RIGHTS
DEBTOR: ARIES Associates, Inc.,                                        CASE NO: 10-04338-PB7

The Court, having considered the Stipulation between RIF II-LA JOLLA SORRENTO BUSINESS PARK, LLC and ALAN ZIMAN, SPECIAL TRUSTEE OF THE JEANETTE RUBIN TRUST DATED AUGUST 16, 1978 (the "Movants"), on the one hand, and LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE (the "Trustee") OF DEBTOR ARIES ASSOCIATES, INC. (the "Debtor"), on the other hand (the "Stipulation") resolving Movants' motion (the "Motion") for an order compelling the Trustee to abandon certain personal property at the premises commonly described as 10441 Roselle Street, Suites A & B, San Diego, California and 10451 Roselle Street, Suite 200, San Diego, California, 92121 ("Premises"), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT,

1.      Capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation.

2.      Any interest the Debtor's estate may have in any Remaining Personal Property is abandoned pursuant to 11 U.S.C. § 554(b), without any further need for hearing or notice.

3.      Nothing herein shall affect any rights Movants may have to compel any person other than the Trustee to remove the Remaining Personal Property from the Premises.

4.      The hearing on the Motion scheduled for November 22, 2010 at 10:30 a.m. shall be taken off calendar.


Approved as to form and substance:

 /s/ Joseph R. Dunn
Joseph R. Dunn
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
Attorney for the Trustee


* * * *

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Peter W. Bowie November 24, 2010*